## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-327-SMY-DGW |
| | ) |
| 84 LUMBER COMPANY et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is the Joint Motion to Dismiss with Prejudice (Doc. 336) filed by Plaintiff and Defendant Foster Wheeler Energy Corporation, wherein these parties request the dismissal of this Defendant without prejudice under Federal Rule of Civil Procedure 41(a)(2). No remaining co-defendant objected within five (5) days of the filing of the Motion in accordance with this Court's Order at Doc. 173. Accordingly, the Motion is **GRANTED** and the claims against Foster Wheeler Energy Corporation are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**DATED:  September 22, 2015**

                                                          **s/ Staci M. Yandle**
                                                          **STACI M. YANDLE**
                                                          **United States District Judge**