IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN WATTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -v- ) | Case No.   14-cv-327-SMY-DGW |
| ) | |
| **84 LUMBER COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MINUTES OF FINAL PRE TRIAL CONFERENCE

**PRESIDING: Hon. Staci M. Yandle, US District Judge**

**DATE:** February 3, 2016          **PLACE:**   Benton, Illinois

**COURT REPORTER:** Robin Stranimeier, Keefe Reporting

**COURTROOM DEPUTY:** Kailyn Kramer

**COUNSEL FOR PLAINTIFF:**   Michael Cohan

**COUNSEL FOR DEFENDANTS:**   Lisa LaConte & James Grabowski on behalf of Excelsior Packing & Gaskets and Viking Pump, Inc.; Michael W. Weaver & Luke J. Mangan on behalf of Honeywell International Inc.; Kurt L. Rasmussen, Robert H. Sands, Carl Geraci and Ben Wilson on behalf of Ingersoll Rand Company;

**TIME:** 1 hour

All parties are present in Open Court.   This matter is called on a Final Pre Trial Conference.   Jury Trial is set to commence on February 22, 2016 at 9:00 AM in Benton Courthouse before Judge Staci M. Yandle.

As to Ingersoll Rand's Motion to strike disclosures & amended motion to strike disclosures which has been joined by Excelsior and Viking – The Original Motion is MOOT; The Amended Motion is DENIED; however, the Plaintiff is prohibited from calling as a witness any individual listed in his disclosures with exception of the Plaintiff himself and Dr. Strauchen.

Plaintiff is Ordered to file and serve Amended Rule 26(a)(3) disclosures which reflect the 2 witnesses earlier mentioned including detail, according to the Rule, which identifies documents and exhibits which are intended to be

presented by February 8, 2016.  Defendants should file any objections thereto by February 12, 2016.

  The Parties are directed to contact Chambers by Friday, February 5th with a more final estimate of number of Trial days.

  The Court discusses Jury Trial practices and procedures of this Court. Counsel should be present at 8:30 AM on February 22, 2016.